IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN BOYER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1368

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

Shawn Boyer, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, BILBREY, and KELSEY, JJ., CONCUR.